IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHESTNUT HILL SOUND INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 15-261-RGA |
| APPLE INC., | : | |
| Defendant. | : | |

**MEMORANDUM ORDER**

Defendant's Motion to Stay Pending Resolution of [IPR] (D.I. 35) is **GRANTED IN PART** and **DENIED WITHOUT PREJUDICE IN PART**. The Court has considered the briefing and oral argument, and expects an institution decision by the PTAB no later than January 23, 2016. The case will be **STAYED** until January 24, 2016. If the PTAB declines to institute any IPR review, the stay will be considered lifted upon the parties' notification of such a decision. If IPR is instituted on some but not all of the asserted claims, the stay will be continued until the parties submit a joint status report with their respective positions in light of the PTAB's decision, and the Court makes a decision on how to proceed. If IPR is instituted on all of the asserted claims, the stay will be continued until the PTAB renders a merits decision.

IT IS SO ORDERED this 3 day of December 2015.

/s/ Richard G. Andrews
United States District Judge